JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE REYES,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 5:17-cv-00909-JFW-KK<br><br>**JUDGMENT OF DISMISSAL**<br><br>[*Assigned to the Hon. John F. Walter*] |

On August 17, 2017, the Court entered an Order granting the Motion to Dismiss the Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") and joined by defendant Barrett Daffin Frappier Treder & Weiss, LLP ("BDFTW"), dismissing the First Amended Complaint in its entirety without leave to amend. The Order

further dismissed the action with prejudice.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The First Amended Complaint is dismissed, as to all causes of action, with prejudice;

2. Judgment is entered in favor of defendants Wells Fargo and BDFTW; and

3. Plaintiff, Julie Reyes will recover nothing in this action from defendants Wells Fargo and BDFTW.

DATED: September 7, 2017

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE